[No. 23825-0-II.    Division Two.    February 4, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SHELLY LYNN CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00544-8, James E. Warme, J., entered September 25, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Hunt, JJ.

[Nos. 23961-2-II; 24253-2-II.    Division Two.    February 4, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. CYRUS NELSON PLUSH, *Respondent*.

*In the Matter of the Personal Restraint of* CYRUS NELSON PLUSH, *Petitioner.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00669-0, Randolph Furman, J., entered November 3, 1998, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 24110-2-II.    Division Two.    February 4, 2000.]

*In the Matter of the Estate of* ROBERT DALE PERRY.

GAYLE E. PERRY, *Respondent*, v. ANTON J. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-4-00592-1, Leonard W. Kruse, J., entered December 4, 1998. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Morgan, J.